UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60268-CIV-COHN/SELTZER

STEVENSON VOLTAIRE,
and other similarly situated individuals,

v.

SUPERIOR AIRCRAFT SERVICES, INC.
and SHANDEASE WILLIAMS,

     Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court *sua sponte*.

The above-styled action is not at issue and has been pending before this Court without any proceedings having been taken therein for three months. There has not been any substantive activity in this case since the filing of Plaintiff's Motion for Clerk's Default filed on April 17, 2007 [DE 8]. Plaintiff has not filed a motion for entry of final default judgment following the Clerk's entry of default against the Defendants on April 18, 2007.

This Court entered an Order to Show Cause [DE 20] on September 27, 2007, directing Plaintiff to file a motion for entry of final default judgment or to show good cause as to why this action should not be dismissed for failure to prosecute. Plaintiff failed to respond to this Court's Order, and the time for filing such a response has now passed. Accordingly, in consideration of the record in this case and pursuant to Rule 41.1 of the Local Rules for the Southern District of Florida, it is hereby

**ORDERED AND ADJUDGED** that the above-referenced action is **DISMISSED**

**without prejudice** for lack of prosecution.  It is further

**ORDERED AND ADJUDGED** that any pending motions are **DENIED as moot**.

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 19th day of October, 2007.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record